# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0129** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **MARK THOMAS PIEROTTI** | : | |

## **ORDER**

AND NOW, this 7th day of July, 2005, upon consideration of defendant's oral motion to further modify his conditions of release (Docs. 15 & 20), pending sentencing, and it appearing that the requested modifications of the conditions of defendant's release would not increase defendant's risk of flight or endanger the safety of the community or another person, see 18 U.S.C. § 3142, and it further appearing that the government does not object to the requested modifications, it is hereby ORDERED that the motion is GRANTED.  Accordingly, the conditions of defendant's release pending sentencing (Docs. 15 & 20) are MODIFIED as follows:

    1.  Defendant shall be permitted to visit business clients during regular business hours in the states of West Virginia, Maryland and Delaware, with any such visits to business clients to be done only upon 48 hours telephonic notice to the United States Probation office, with defendant's bail custodian, Susan Pierotti, to accompany the defendant on all such visits and, on the dates of such approved visits, the defendant shall be permitted to return home by no later than 9:00 p.m.

    2.  All other previously set conditions of defendant's release pending sentencing remain in full force and effect except as modified herein.

      S/ Christopher C. Conner  
      CHRISTOPHER C. CONNER  
      United States District Judge